NOTICE: Master Docket: In re Addicks and Barker (Texas) Flood–Control Reservoirs, Case No. 17-3000L, has been opened and assigned to Chief Judge Susan G. Braden for pretrial management. From this date and until further order, all filings in these consolidated cases will be filed in this Master Docket.

| | |
|---|---|
| In re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO: | |

**IN RE ADDICKS AND BARKER (TEXAS) FLOOD–CONTROL RESERVOIRS**

**This Document Applies to: All Cases**

**Master Docket No. 17–3000L**

United States Court of Federal Claims.

Filed: January 8, 2018

**ORDER**

Susan G. Braden, Chief Judge

On January 2, 2018, the court issued an Order directing the parties to file a Joint

Status Report on January 5, 2018. ECF No. 122.

On January 4, 2018, the parties met in Houston, Texas to identify test cases and discuss whether those test cases, once adjudicated, will have a preclusive effect on all directly or indirectly related cases.

On January 5, 2018, Plaintiffs filed a Status Report, stating, *inter alia*, that "[t]he United States will give to Plaintiffs by January 8, 2018 a list of requested information it believes relevant to test property selection." ECF No. 125 at 2. On that same day, the Government filed a Status Report, informing the court that "[t]he United States will give to Plaintiffs[,] by January 8, 2018[,] a list of requested information it believes relevant to test property selection." ECF No. 126 at 2.

Accordingly, the Government is directed to provide the aforementioned information to Plaintiffs today, January 8, 2018, by 5:00 PM (EST).

**IT IS SO ORDERED.**